Argued and submitted February 26, affirmed April 2, petition for review denied August 7, 2014 (355 Or 880)

## LEVELLE SINGLETON,
*Petitioner,*

*v.*

## BOARD OF PAROLE AND POST-PRISON SUPERVISION,
*Respondent.*

Board of Parole and Post-Prison Supervision
A151464

325 P3d 759

Marc D. Brown, Deputy Public Defender, argued the cause for petitioner. With him on the briefs was Peter Gartlan, Chief Defender, Office of Public Defense Services. LeVelle Singleton filed the supplemental brief *pro se.*

Michael Seung Moak Shin, Senior Assistant Attorney General, argued the cause for respondent. On the brief were Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Jeremy C. Rice, Assistant Attorney General.

Before Duncan, Presiding Judge, and Haselton, Chief Judge.

PER CURIAM